UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                          PLAINTIFF

v.                        Civil No. 4:13-cv-4038

JAMES SINGLETON; JOAN
MCCLEAN; JOHNNY GODBOLT;
and STEPHEN GLOVER                                                                            DEFENDANTS

### ORDER

For the reasons stated in the Memorandum Opinion of even date, Plaintiff's Motion for Partial Summary Judgment (ECF No. 22) is hereby **DENIED** and Defendants' Motion for Summary Judgment (ECF No. 38) is hereby **GRANTED** in part and **DENIED** in part. Specifically, Plaintiff's denial and delay of medical care claims against all Defendants in their official and individual capacities relating to the time period March 26, 2012 through April 19, 2012 are dismissed and Defendants McClean, Godbolt, and Glover are dismissed from this case. This leaves only Plaintiff's individual capacity claim against Sheriff Singleton related to his conduct in releasing Plaintiff and subsequently refusing to pay for Plaintiff's surgery on May 1, 2012. Defendant Singleton may file a separate Motion for Summary Judgment regarding this issue.

**IT IS SO ORDERED** this **28th day of March 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE