IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                              PLAINTIFF

v.                           Civil No. 4:13-cv-04038

JAMES SINGLETON;
JOAN MCCLEAN; JOHNNY
GODBOLT; and STEPHEN GLOVER                                              DEFENDANTS

# ORDER

By order dated April 28, 2015, I appointed Jon Beck as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Currently before the Court is Plaintiff's Motion to Incur Deposition Expenses.  ECF No. 95.

In this Motion, Plaintiff seeks approval to incur expenses for the depositions of Kevin C. McLeod, M.D. and Defendant Sheriff James Singleton and for the Court to reimburse Mr. Beck for these expenditures.  These depositions are estimated to cost approximately $2,500.

The Court finds the request reasonable and made in compliance with Local Rule 83.6 and hereby approves of Plaintiff's reimbursable expenditure of $2,500 to depose Dr. McLeod and Sheriff Singleton.

Accordingly, Plaintiff's Motion to Incur Deposition Expenses (ECF No. 95) is hereby **GRANTED.**

1

Counsel is advised that this Order only approves the proposed expenditures, and in order to receive reimbursement he must submit a motion pursuant to Local Rule 83.6 after counsel incurs the costs.

**IT IS SO ORDERED this 14th day of May 2015.**

>  /s/ Barry A. Bryant
>  HON. BARRY A. BRYANT
>  UNITED STATES MAGISTRATE JUDGE