IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TED HAMILTON                                                                                         PLAINTIFF


      v.                                    Civil No. 4:13-cv-04038


JAMES SINGLETON;
JOAN MCCLEAN; JOHNNY
GODBOLT; and STEPHEN GLOVER                                                    DEFENDANTS


**ORDER**

      By order dated April 28, 2015, I appointed Jon Beck as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Currently before the Court is Plaintiff's Motion to Incur Expense for Independent Medical Examination and Motion for Related Writ.  ECF No. 97.

      In this Motion, Plaintiff seeks approval to incur expenses for a medical examination of Plaintiff's hand by an orthopedic specialist at UAMS Orthopedic Clinic in Littler Rock, Arkansas, and for the Court to reimburse Mr. Beck for this expenditure.  This exam and related testing is estimated to cost approximately $1,500.

      The Court finds the request reasonable and made in compliance with Local Rule 83.6 and hereby approves of Plaintiff's reimbursable expenditure of $1,500 to have Plaintiff's hand evaluated.

      Plaintiff further requests the Court to issue a writ for the transportation of Plaintiff to this exam as Plaintiff is incarcerated in the Arkansas Department of Correction ("ADC").  Plaintiff's

counsel is **DIRECTED** to confer with the ADC and determine precisely what process ADC needs from the Court in order to transport Plaintiff to and from the approved medical examination, and provide this information to the Court. Plaintiff shall also provide the Court with the specifics of the exam including the time, name of doctor, address, and any other information the ADC will need for this transportation. Plaintiff may file this information on the docket in this matter as a Motion for Writ or Motion for Order which ever is more appropriate based on the needs of the ADC.

Accordingly, Plaintiff's Motion to Incur Expense for Independent Medical Examination and Motion for Related Writ (ECF No. 97) is hereby **GRANTED.**

Counsel is reminded that this Order only approves the proposed expenditures, and in order to receive reimbursement he must submit a motion pursuant to Local Rule 83.6 after counsel incurs the costs.

**IT IS SO ORDERED this 28th day of May 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE