IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                          PLAINTIFF

v.                                    Civil No. 4:13-cv-4038

JAMES SINGLETON                                                                                  DEFENDANTS

## ORDER

The Court held a jury trial in this matter on September, 29, 2015.  Plaintiff filed a Motion in Limine on September 24, 2015.  (ECF No. 133).  At the trial, the undersigned addressed this Motion in Limine granting all of Plaintiff's requests in the motion except for his request to preclude Plaintiff's criminal history.  The attorneys were directed to approach the bench and seek permission before raising any of the other issues presented in the Motion in Limine.

Accordingly, Plaintiff's Motion in Limine (ECF No. 133) is hereby **GRANTED** in part and **DENIED** in part pursuant to the undersigned's previous ruling at trial.

**IT IS SO ORDERED this 30th day of September 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE