IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                          PLAINTIFF

vs.                                         Civil No. 4:13-cv-04038

JAMES SINGLETON                                                                                  DEFENDANT

## FINAL JUDGMENT

A jury trial was held in the above referenced matter on September 29, 2015. Plaintiff, Ted Hamilton, appeared in person and through his attorney, Jon Beck, and announced ready for trial. Defendant, James Singleton, appeared in person and through his attorney, Nick Windle, and announced ready for trial. The Court determined it had jurisdiction over the subject matter and the Parties in this case. The Court then empaneled and swore in the jury who heard the evidence and arguments of counsel. After hearing all the evidence, the Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. Based upon the jury's verdict in favor of Defendant, James Singleton, the Court enters the following Final Judgment.

**IT IS THEREFORE ORDERED** in connection with the jury verdict in Defendant's favor, the Court dismisses Plaintiff's Complaint with prejudice with no award of damages. This matter is hereby closed and all pending motions are considered moot.

**ENTERED this 30th day of September 2015.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE