IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TED HAMILTON                                                                                    PLAINTIFF


v.                                       Civil No. 4:13-cv-04038


JAMES SINGLETON                                                                            DEFENDANTS


**ORDER**

By order dated April 28, 2015, I appointed Jon Beck as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Currently before the Court is Plaintiff's Motion for Reimbursement of Out-of-Pocket Expenses.  ECF No. 139.

In this Application, Plaintiff seeks reimbursement for the costs and expenses he incurred in representing the Plaintiff in the amount of $2,143.05.  This amount reflects expenditures for three depositions, an expert fee, mileage, medical records, witness fees, and service fees.  The Court previously approved Plaintiff expending up to $2,500 on depositions.  ECF No. 96.  The Court finds the request reasonable and made in compliance with Local Rule 83.6 and hereby approves of Plaintiff's reimbursable expenditures totaling $2,143.05.

Accordingly, Plaintiff's Motion for Reimbursement of Out-of-Pocket Expenses (ECF No. 139) is hereby **GRANTED.**  The Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of $2,143.05 and distribute it to Plaintiff's Counsel, Jon Beck.  A copy of this Order, together with the application, shall be placed in the Library Fund file

maintained by the Clerk of the Court.

    **IT IS SO ORDERED this 21st day of October 2015.**

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE