IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                          PLAINTIFF

v.                                   Civil No. 4:13-cv-04038

JAMES SINGLETON                                                                                DEFENDANTS

## ORDER

By order dated April 28, 2015, I appointed Jon Beck as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Currently before the Court is Mr. Beck's Motion to be Relieved as Counsel. ECF No. 140.

In his Motion, Mr. Beck correctly states Final Judgment was entered in this matter on September 30, 2015. Plaintiff has not objected to Mr. Beck's request. Further, Plaintiff has been filing Motions and documents for appeal *pro se* since October 7, 2015.

The Court finds no reason why Mr. Beck should not be relieved as counsel in this matter. Therefore, the Motion to be Relieved as Counsel (ECF No. 140) is hereby **GRANTED**.

The Clerk is **DIRECTED** to remove Mr. Beck's name from the list of attorneys who receive Notices of Electronic Filing in this case.

**Plaintiff is advised that Mr. Beck no longer represents him in this matter and all appeal matters must be handled by Plaintiff himself as a *pro se* litigant.**

IT IS SO ORDERED this 21st day of October 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE